IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENNIS R. WICKS, M.D., | ) |
| | ) |
| Plaintiff, | ) No. 1:06CV0613 (EGS) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

NOTICE OF APPEARANCE

PLEASE ENTER my appearance as trial counsel on behalf of the United States in the above-captioned case.

DATE:   February 2, 2007

                                  Respectfully submitted,

                                  /s/ Beatriz T. Saiz
                                BEATRIZ T. SAIZ
                                Trial Attorney, Tax Division
                                U.S. Department of Justice
                                P.O. Box 227
                                Washington, D.C.  20044
                                Telephone:  (202) 307-6585

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following individual(s) on February 2, 2007, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>Dennis R. Wicks, M.D.
>25224 Holiday Trail
>Custer, South Dakota 57730

>/s/ Beatriz T. Saiz
>BEATRIZ T. SAIZ