## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' MOTION TO DISMISS, supporting MEMORANDUM, and proposed ORDER was served upon the following individual(s) on February 2, 2007, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>Dennis R. Wicks, M.D.
>25224 Holiday Trail
>Custer, South Dakota 57730

>/s/ Beatriz T. Saiz
>BEATRIZ T. SAIZ

2158444.1