**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DENNIS R. WICKS,            ) <br> ) <br>        Plaintiff, ) <br> ) <br>     v.                 ) <br> ) <br> UNITED STATES,              ) <br> ) <br>        Defendant.  ) <br> ) | Civil Action No. 06-1613 (EGS) |

**ORDER**

    This matter is before the Court on defendant's motion to dismiss the complaint. Plaintiff is proceeding *pro se*.

    In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509. In addition, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded." Local Civil Rule 7(b). Accordingly, it is

    **ORDERED** that plaintiff shall respond to defendant's motion to dismiss by no later than **MAY 2, 2007**. If plaintiff does not respond within the time provided, the Court will treat the motion as conceded and dismiss the complaint.

**Signed:    Emmet G. Sullivan**
**United States District Judge**
**April 2, 2007**