**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DENNIS R. WICKS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-1613 (EGS) |
| UNITED STATES, | ) |
| Defendant. | ) |

**ORDER**

Presently pending is defendant's unopposed motion to dismiss pursuant to Rule 12 of the Federal Rules of Civil Procedure. By Order of this Court dated April 2, 2007, plaintiff was directed to respond to the defendant's motion by no later than May 2, 2007. Consistent with *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), plaintiff was advised that, in the event plaintiff fail to respond to the motion, the Court may treat the motion as conceded and enter judgment in favor of the defendant. To date, plaintiff has filed no response to the Court's order or to the defendant's motion to dismiss. Accordingly, it is

**ORDERED** that defendant's Motion to Dismiss is **GRANTED;** and it is

**FURTHER ORDERED** that plaintiff's claims are **DISMISSED WITHOUT PREJUDICE;** and it is

**FURTHER ORDERED** that the Clerk shall enter final judgment in favor of defendant and against plaintiff. This is a final appealable order. *See* Fed. R. App. P. 4(a).

     SO ORDERED.


Signed:    Emmet G. Sullivan
           United States District Judge
           May 7, 2007