UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DENNIS R. WICKS, )
)
Plaintiff, )
) Civil Action No. 06-1613 (EGS)
v. )
)
UNITED STATES, )
)
Defendant. )

### JUDGMENT FOR DEFENDANT

This case having been considered on Defendant's Motion to Dismiss the Complaint, before the Honorable Emmet G. Sullivan, Judge presiding, and the issues having been duly briefed by all parties and the Court having rendered its decision granting Defendant's motion; now therefore, pursuant to the decision of the Court,

IT IS ORDERED, ADJUDGED, AND DECREED that final judgment is entered in favor of Defendant and against Plaintiff.

NANCY MAYER-WHITTINGTON, Clerk

Dated: May 7, 2007                By: _____
                                       Deputy Clerk